UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10218-DPW |
| | ) | |
| GENNARO ANGIULO, | ) | |
| Defendant. | ) | |

### UNITED STATES' NOTICE TO THE COURT REGARDING MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully provides this Notice to the Court Regarding the *Motion for Order of Forfeiture (Money Judgment)* filed on February 11, 2021 (Doc. 21). On November 2, 2020, the Defendant pleaded guilty pursuant to a written plea agreement and Rule 11(c)(1)(C). *See* Doc. Entry 9. The Court "reserve[d] on accepting the pleas until the time of sentencing." *Id*.

Because the Court has not yet decided whether to accept the guilty plea, the government respectfully requests the Court delay any entry of the requested *Order of Forfeiture (Money Judgment)* unless and until the Court has accepted the guilty plea.

                                    Respectfully submitted,

                                    ANDREW E. LELLING
                                    United States Attorney,

                            By:     */s/ David G. Lazarus*
                                    DAVID G. LAZARUS
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3100
Date: February 12, 2021             David.Lazarus2@usdoj.gov